# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 28, 2014

Mr. Joseph Luby
DEATH PENALTY LITIGATION CLINIC
Suite C
6155 Oak Street
Kansas City, MO  64113

      RE:  14-2220  David Zink, et al v. George Lombardi, et al

Dear Counsel:

      The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

      Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

      The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

      Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

PSA

Enclosure(s)

cc: Mr. Andrew Bailey
    Mr. Gino Frank Battisti
    Ms. Susan D. Boresi
    Mr. Gary E. Brotherton
    Mr. Eric W. Butts
    Ms. Elizabeth Unger Carlyle
    Mr. Kent E. Gipson
    Mr. Michael J. Gorla
    Mr. David J Hansen
    Mr. Stephen David Hawke
    Ms. Jennifer Herndon
    Mr. Philip Horwitz
    Ms. Susan M. Hunt
    Ms. Kathryn Parish
    Mr. Lowell D. Pearson
    Ms. Cheryl Ann Pilate
    Mr. Kevin L. Schriener
    Mr. John William Simon
    Mr. Richard H. Sindel
    Mr. Michael Joseph Spillane
    Ms. Jessica Sutton
    Ms. Ann Thompson
    Ms. Kathleen Wirt

District Court/Agency Case Number(s): 2:12-cv-04209-BP

**Caption For Case Number: 14-2220**

David Zink; Michael S. Worthington; John E. Winfield; Leon Taylor; Walter T. Storey; Earl Ringo; Roderick Nunley; John C. Middleton; Paul T. Goodwin; Andre Cole; Reginald Clemons; Cecil Clayton; Mark Christeson; Russell Bucklew; David Barnett

        Plaintiffs - Appellants

v.

George A. Lombardi; David R. Dormire; Terry Russell; John Does, 2-40

        Defendants - Appellees

**Addresses For Case Participants:   14-2220**

Mr. Joseph Luby
DEATH PENALTY LITIGATION CLINIC
Suite C
6155 Oak Street
Kansas City, MO  64113

Mr. Andrew Bailey
ATTORNEY GENERAL'S OFFICE
207 W. High Street
P.O. Box 899
Jefferson City, MO  65102-0000

Mr. Gino Frank Battisti
FOLEY & MANSFIELD
Suite 400
1001 Highlands Plaza Drive, W.
Saint Louis, MO  63110-0000

Ms. Susan D. Boresi
ATTORNEY GENERAL'S OFFICE
207 W. High Street
P.O. Box 899
Jefferson City, MO  65102-0000

Mr. Gary E. Brotherton
LEGAL WRITES, LLC
Suite 202
910 Broadway
Columbia, MO  65201

Mr. Eric W. Butts
Suite 600
555 Washington Avenue
Saint Louis, MO  63101

Ms. Elizabeth Unger Carlyle
P.O. Box 30418
Kansas City, MO  64112

Mr. Kent E. Gipson
KENT GIPSON, LLC.
121 E. Gregory Boulevard
Kansas City, MO  64114

Mr. Michael J. Gorla
Suite 600
555 Washington Avenue
Saint Louis, MO  63101

Mr. David J Hansen
ATTORNEY GENERAL'S OFFICE
221 W. High Street
Jefferson City, MO 65101

Mr. Stephen David Hawke
ATTORNEY GENERAL'S OFFICE
207 W. High Street
P.O. Box 899
Jefferson City, MO 65102-0000

Ms. Jennifer Herndon
224 N. Highway 67
Florissant, MO 63031-0000

Mr. Philip Horwitz
Suite A
640 Cepi Drive
Chesterfield, MO 63005

Ms. Susan M. Hunt
LAW OFFICE OF SUSAN M. HUNT
Suite 806
1600 Genessee
Kansas City, MO 64102

Ms. Kathryn Parish
SINDEL & SINDEL
Suite 350
8000 Maryland Avenue
Clayton, MO 63105

Mr. Lowell D. Pearson
HUSCH & BLACKWELL
Suite 300
235 E. High Street
Jefferson City, MO 65101-0000

Ms. Cheryl Ann Pilate
MORGAN & PILATE
926 Cherry Street
Kansas City, MO 64106

Mr. Kevin L. Schriener
LAW & SCHRIENER
Suite 314
141 N. Meramec Avenue
Saint Louis, MO 63105-0000

Mr. John William Simon
CONSTITUTIONAL ADVOCACY, LLC
Suite 201
7201 Delmar Boulevard
Saint Louis, MO  63130-4106

Mr. Richard H. Sindel
SINDEL & SINDEL
Suite 350
8000 Maryland Avenue
Clayton, MO  63105

Mr. Michael Joseph Spillane
ATTORNEY GENERAL'S OFFICE
207 W. High Street
P.O. Box 899
Jefferson City, MO  65102-0000

Ms. Jessica Sutton
DEATH PENALTY LITIGATION CLINIC
Suite C
6155 Oak Street
Kansas City, MO  64113

Ms. Ann Thompson
U.S. DISTRICT COURT
Western District of Missouri Clerk's Office
U.S. Courthouse
80 Lafayette Street
Jefferson City, MO  65101

Ms. Kathleen Wirt
400 E. Ninth Street
Kansas City, MO  64106-0000